| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:14-CV-373 |
| | § | |
| BERSA, MODEL: THUNDER, | § | |
| CALIBER: .380, STYLE: PISTOL, | § | |
| SERIAL NUMBER A64417 and (7) | § | |
| ROUNDS OF TOP BRASS .380 | § | |
| AMMUNITION | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

This case is referred to the Honorable Zack Hawthorn, United States Magistrate Judge, for all pretrial matters. The court has received and considered the report (Doc. No. 10) of the magistrate judge, who recommends that the court grant the Government's "Motion for Default Judgment" (Doc. No. 8) and enter final judgment. No objections to the report and recommendation have been filed. The court's independent review confirms that the magistrate judge's analysis is correct.

It is therefore **ORDERED** that the magistrate judge's report and recommendation (Doc. No. 10) is **ADOPTED**; and the Government's "Motion for Default Judgment" (Doc. No. 8) is **GRANTED**. A final judgment will be entered separately.

SIGNED at Beaumont, Texas, this 31st day of March, 2015.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE